UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:25-cv-81121

APRIL BULLARD,

      Plaintiff,

v.

THE SCHOOL DISTRICT OF
PALM BEACH COUNTY, FLORIDA

      Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR COUNSEL TO BE EXCUSED FROM THE MAY 13, 2026, TRIAL CALENDAR CALL

Defendant, The School District of Palm Beach County, Florida, respectfully moves this Court to excuse its counsel, Michael S. Kantor, Esq., from the Trial Calendar Call scheduled for May 13, 2026, and states:

1. On March 30, 2026, the Plaintiff and Defendant filed a Joint Motion to Continue Trial. (DE 55).

2. On April 1, 2026, the Court entered an Order Granting the Joint Motion to Continue Trial. (DE 56).

3. Pursuant to the April 1, 2026, Order Granting the Joint Motion to Continue Trial, the Calendar Call for this matter is currently scheduled for May 13, 2026. *Id.*

4. The Court's April 1, 2026 Order states that it "modifies dates only" and directs the parties to the original Order Setting Trial (DE 9) for all other instructions. *Id.* at ¶ 5.

5. The Court's original Order Setting Trial requires that "**ALL COUNSEL MUST BE PRESENT**" for Calendar Call.  (DE 9) (emphasis in original).

6. Counsel for Defendant, Michael S. Kantor, Esq., is not available to attend Calendar

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

Call for this matter, currently scheduled for May 13, 2026, due to being specially set for trial from May 11 through 15, 2026, before Judge Fajardo Orshan in the case captioned *Ali Malek v. MTG Florida, LLC et al*, Case No. 2018-002055-CA-01.

7.      Defendant's counsel, Samantha Williams, Esq., is available for the May 13, 2026, Calendar Call.  Ms. Williams is a partner in the law firm of Weiss Serota Helfman Cole & Bierman, P.L. and is thoroughly familiar with all matters related to the defense of this case.

8.      Defendant respectfully requests that the Court excuse Mr. Kantor's attendance from the May 13, 2026, Trial Calendar Call due to his obligation to appear during the simultaneous trial of another matter.

9.      Defendant was unable to file this Motion sooner because the April 1, 2026 Order continuing the trial and rescheduling Calendar Call was entered shortly before the Passover holiday, which lasted from the evening of April 1, 2026, through the evening of April 9, 2026. Mr. Kantor is strictly observant and had no access to phone or email from the evening of April 1 through April 4, and again from the evening of April 8 through April 9.  Mr. Kantor was also out of town with family for the holiday from April 5 until April 10.  Mr. Kantor contacted Plaintiff's counsel to confer regarding this Motion on April 13, the following Monday.

10.     Plaintiff will not be prejudiced by granting this motion. Indeed, Plaintiff's counsel has no objection to the requested extension of time and does not oppose the relief sought herein.

WHEREFORE, Defendant, the School District of Palm Beach County, Florida, respectfully requests the Court enter an order granting this Motion, excusing Mr. Kantor from attending the May 13, 2026, Trial Calendar Call, and granting any further relief the Court deems just and proper.

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

CASE NO.: 9:25-cv-81121

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for The School District of Palm Beach County, Florida certifies that he has conferred with counsel for Plaintiff regarding the relief sought in the instant motion. Plaintiff's counsel does not oppose excusing Michael S. Kantor, Esq., from the May 13, 2026, Trial Calendar Call.

Dated: April 14, 2026.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Michael S. Kantor*
    Michael S. Kantor, Esq.
    Florida Bar No. 90472
    Brett J. Schneider, Esq.
    Florida Bar No. 012443
    BSchneider@wsh-law.com
    Samantha Williams, Esq.
    Florida Bar No. 107117
    ssoto@wsh-law.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

*/s/ Michael S. Kantor*
Michael S. Kantor

3

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.